UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RIA GUERRA,            )
       Plaintiff    )
                       )
  v.                 )    Civil Action No. 09-40127-TSH
                       )
BAY AREA CREDIT SERVICE,   )
       Defendant    )

SETTLEMENT ORDER OF DISMISSAL
November 22, 2010

The court, having been advised on November 19, 2010, that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty days if settlement is not consummated.

By the Court,

/s/ Bethaney A. Healy
Bethaney A. Healy
Deputy Clerk